IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Criminal Action No. **11-cr-265-JLK**

**UNITED STATES OF AMERICA,**

        Plaintiff,

v.

**MICHAEL BILOTTA,**

        Defendant.

---

**MINUTE ORDER**
*(Changing Time for Change of Plea Hearing)*

---

Judge John L. Kane **ORDERS**

    The time for Change of Plea Hearing set for October 28, 2011 is changed from 1:30 p.m. to **10:00 a.m.** in Courtroom A802.

---

Dated: October 18, 2011